# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

COCHISE MILES
ADC #119012                                                                                        PETITIONER

VS.                          5:16CV00096 BRW/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                             RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

## I. Background

Pending before the Court is a § 2254 habeas Petition filed by Petitioner, Cochise Miles ("Miles").[1] *Doc. 1*. In his Petition, he raises a habeas claim attacking his 2000 convictions for capital murder and aggravated robbery.

On July 26, 2006, Miles filed a § 2254 habeas action in the Eastern District of Arkansas, challenging the same convictions. *Miles v. Norris*, E.D. Ark. No. 4:06CV00862 BRW. On May 9, 2008, United States District Judge Billy Roy Wilson dismissed that case, with prejudice. *Id. at docs. 15 and 16*. On September 16, 2008, the Eighth Circuit Court of Appeals denied a certificate of appealability. *Miles v. Morris*, 8th Cir. slip op. No. 08-2301 (Sep. 16, 2008).

On March 28, 2016, Miles initiated the current habeas action. *Doc. 2*. For the reasons discussed below, the Court recommends that this action be dismissed, without prejudice.

## II. Discussion

This is a successive § 2254 habeas action challenging Miles' 2000 state convictions. Only the Eighth Circuit Court of Appeals has the authority to grant permission to file such a successive § 2254 habeas action. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate

---

[1] Miles has also filed a Motion for Leave to Proceed *In Forma Pauperis*. Doc. 1. Based on the financial information provided, he is eligible to proceed *in forma pauperis*.

court of appeals for an order authorizing the district court to consider the application."). Until Miles obtains the required authorization from the Eighth Circuit, this Court lacks jurisdiction to proceed. *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007).

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Miles' Motion to Leave to Proceed *In Forma Pauperis* (*doc. 1*) be GRANTED.

2. Miles' 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus (*doc. 2*) be DISMISSED, WITHOUT PREJUDICE, so that he may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition. It is further recommended that a Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases

Dated this 6th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE