IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COCHISE MILES**
**ADC #119012**                                                                                           **PETITIONER**

**VS.**                               **5:16CV00096 BRW/JTR**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner.  After carefully considering these documents and making a de novo review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 1) is GRANTED. The Petition for a Writ of Habeas Corpus (Doc. No. 2) is DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 22nd day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE